The People of the State of Illinois, defendant in error, v. James Forsyth, plaintiff in error. Gen. No. 34,496.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed October 14, 1930.

John F. Bolton, for plaintiff in error. Oscar E. Carlstrom, Attorney General, James B. Searcy, Assistant Attorney General, and John A. Swanson, State's Attorney, for defendant in error; Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Sam Gorman, plaintiff in error. Gen. No. 34,497.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed October 14, 1930.

John F. Bolton, for plaintiff in error. Oscar E. Carlstrom, Attorney General, James B. Searcy, Assistant Attorney General, and John A. Swanson, State's Attorney, for defendant in error; Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Nick Stathopulos, appellee, v. Nick Korson and Myrtle Korson, appellants. Gen. No. 33,972.

Heard in the second division of this court for the first district at the April term, 1929. Opinion filed October 14, 1930. Rehearing denied October 27, 1930.

George W. Ludden, for appellants. McInerney & Power, for appellee; Joseph A. McInerney, Jr., of counsel.

Mr. Justice Gridley delivered the opinion of the court.